# 2025-1875

# United States Court of Appeals for the Federal Circuit

---

ACADIA PHARMACEUTICALS INC.,
*Plaintiff-Appellee,*

*v.*

AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,
*Defendants-Appellants.*

---

*On Appeal from the United States District Court for the District of Delaware, Case No. 1:22-cv-01387-GBW, Honorable Gregory Brian Williams, U.S. District Judge*

---

**Notice of Additional Time Pursuant to Fed. Cir. R. 26(b)(4)**

Appellants MSN Laboratories Private Ltd., MSN Pharmaceuticals, Inc. (collectively, "MSN"), and Aurobindo Pharm Ltd., and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") (together with MSN, "Appellants") hereby notify the Court pursuant to Federal Circuit Rule 26(b)(4) that additional time is necessary to address confidentiality issues relating the parties' Joint Appendix to ensure confidential materials are properly prepared and filed. Presently, the Joint Appendix is due December 29, 2025. This notice is being filed before the expiration of that deadline.

Appellants respectively request a one-time extension of five (5) days to file the Joint Appendix, up to and including January 5, 2026, as January 3, 2026 is a Saturday. This notice is supported by good cause and is made in good faith and not for the purpose of delay or procedural advantage.

Counsel for Appellants will continue to cooperate with counsel for Appellee to ensure all confidential materials are properly addressed prior to filing the Joint Appendix.

For the foregoing reasons, Appellants respectfully requests that the Court extend the deadline for filing the Joint Appendix to January 5, 2026.

Dated: December 26, 2025                         Respectfully submitted,

/s/ *Timothy H. Kratz*                           /s/ *Richard J. Berman*
Timothy H. Kratz                                 Richard J. Berman
George J. Barry III                              Janine A. Carlan
**KRATZ & BARRY LLP**                            Bradford C. Frese
1050 Crown Pointe Parkway,                       **ARENTFOX SCHIFF LLP**
Suite 500                                        1717 K. St. NW
Atlanta, GA 30338                                Washington, DC 20006
T: (404) 431-6600                                T: (202) 857-6000
tkratz@kratzandbarry.com                         richard.berman@afslaw.com
gbarry@kratzandbarry.com                         janine.carlan@afslaw.com
                                                 bradford.frese@afslaw.com
Michael P. Hogan
**KRATZ & BARRY LLP**                            *Counsel for Defendants-*
P.O. Box 63765                                   *Appellants MSN Laboratories*
622 S. 4th Street                                *Private Ltd., and MSN*
Philadelphia, PA 19147                           *Pharmaceuticals*
T: (917) 216-8585
mhogan@kratzandbarry.com

R Touhey Myer
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, DE 19801
T: (302) 527-9378
tmyer@kratzandbarry.com

*Counsel for Defendants-Appellants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

# DECLARATION OF JANINE A. CARLAN

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(4), I declare under penalty of perjury that the statements in the foregoing Notice are true and correct, and that additional time is necessary to properly address confidentiality issues in the parties' joint appendix.

Dated: December 26, 2025

*/s/ Janine A. Carlan*
Janine A. Carlan
**ARENTFOX SCHIFF LLP**
1717 K. St. NW
Washington, DC 20006
T: (202) 857-6000
janine.carlan@afslaw.com

*Counsel for Defendants-Appellants*
*MSN Laboratories Private Ltd.,*
*and MSN Pharmaceuticals*